# UNITED STATES DISTRICT COURT

Western District of Arkansas

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| PHILLIP EUGENE GREENHAW | Case No.   3:16CR30011-006 |
| | USM No.   14441-010 |
| | Kevin Lammers |
| | Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violations:   Violation Numbers 1-7.

☐ was found in violation of condition(s) count(s)

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| 1 | Mandatory Condition No. 3: Unlawful Use of a Controlled Substance | August 29, 2024 |
| 2 | Mandatory Condition No. 3: Unlawful Use of a Controlled Substance | October 24, 2024 |
| 3 | Mandatory Condition No. 3: Unlawful Use of a Controlled Substance | October 28, 2024 |
| 4 | Mandatory Condition No. 3: Unlawful Use of a Controlled Substance | November 12, 2024 |
| 5 | Mandatory Condition No. 3: Unlawful Use of a Controlled Substance | January 21, 2025 |
| 6 | Mandatory Condition No. 3: Unlawful Use of a Controlled Substance | March 7, 2025 |
| 7 | Mandatory Condition No. 3: Unlawful Use of a Controlled Substance | April 18, 2025 |

The defendant is sentenced as provided on page   2   of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☒ The Court took Violation Number 8 under advisement.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:   6861

Defendant's Year of Birth:   1972

City and State of Defendant's Residence:
Omaha, Arkansas

May 15, 2025
Date of Imposition of Judgment

*/s/ Timothy L. Brooks*
Signature of Judge

Honorable Timothy L. Brooks, U.S. District Judge
Name and Title of Judge

May 16, 2025
Date

Judgment — Page 2 of 2

DEFENDANT: PHILLIP EUGENE GREENHAW
CASE NUMBER: 3:16CR30011-006

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: **ten (10) months. There is no term of supervised release to follow.**

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 1 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL